# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASEAN MALONE,<br><br>*Petitioner,*<br><br>v.<br><br>SUPERINTENDENT BARRY SMITH, et al.,<br><br>*Respondents.* | Case No. 2:19-cv-02800-JDW |

## ORDER

**AND NOW** this 6th day of April 2021, upon review of the Report and Recommendation (ECF No. 23) and Petitioner's Objection to the Magistrate's Report & Recommendation (ECF No. 26), it is **ORDERED** that the Court adopts Judge Hey's Report and Recommendation and overrules Petitioner's Objections, for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Court will not enter a Certificate of Appealability.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**