IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RASEAN MALONE,**<br><br>　　　　*Petitioner,*<br><br>　v.<br><br>**SUPERINTENDENT BARRY SMITH, et al.,**<br><br>　　　　*Respondents.* | **Case No. 2:19-cv-02800-JDW** |

### ORDER

**AND NOW**, this 3rd day of March, 2023, for the reasons given in the accompanying Memorandum, it is **ORDERED** as follows:

　　1.　Mr. Malone's First Motion To Amend/Correct Petition For Writ Of Habeas Corpus (ECF No. 47) is **DENIED**;

　　2.　Mr. Malone's Second Motion To Amend/Correct Petition For Writ Of Habeas Corpus (ECF No. 53) is **DENIED**;

　　3.　A Certificate of Appealability shall issue as to the Court's resolution of the two motions to amend the petition, but not as to the Court's resolution of the amended petition; and

　　4.　The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.